| | |
|---|---|
| <u>DEFENDANT</u>: | OSWALDO LOZADA-SOLIS |
| <u>AGE or YOB</u>: | 2000 |
| <u>COMPLAINT FILED?</u> | _X_ Yes   ___ No<br><br>If Yes, MAGISTRATE CASE NUMBER: 24-m-00j137-KAS |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>  _X_ Yes   __ No
   If No, a new warrant is required

| | |
|---|---|
| <u>OFFENSE(S)</u>: | <u>Count 1</u>:  Hobbs Act Robbery, 18 U.S.C. 1951(b)(1); 1951(a) and 2<br><br><u>Count 2:</u> Brandishing a Firearm in Furtherance of a Crime of Violence,<br>18 U.S.C. § 924(c)(1)(A)(ii) and 2 |
| <u>LOCATION OF OFFENSE:</u> | Denver, Colorado |
| <u>PENALTY</u>: | <u>Count 1</u>:  NMT 20 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment.<br><br><u>Count 2</u>:   NLT 7 years imprisonment, consecutive to any other sentence, NMT life imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment. |
| <u>AGENT</u>: | Bri Monson, Special Agent, HSI |
| <u>AUTHORIZED BY:</u> | Leah Perczak, Special Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

_X_  five days or less; __ over five days

<u>THE GOVERNMENT</u>

_X_  will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is applicable to this defendant.

1